GALIA A. PHILLIPS – #250551
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (415) 269-4553
Facsimile: (510) 464-8001

Attorney for Defendant
ANJI DIRISANALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANJI REDDY DIRISANALA, <br><br> Defendant. | Case No. 3:11-mj-70467 (LB) <br><br> STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |

## I. STIPULATION

Defendant Anji Dirisanala ("Dirisanala") would like to travel outside the Northern District of California in order to visit Sacramento, CA for work on October 5, 2011 and October 6, 2011. Neither Dirisanala's pre-trial services officer, Glareh Farahmant, nor Assistant United States Attorney Hartley West object. The parties therefore agree that the bond conditions for Dirisanala should be modified as follows:

Defendant Anji Dirisanala may not travel outside the Northern District of California except from October 5, 2011 to October 6, 2011 when he may travel to the Eastern District of California.

It is so stipulated.

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
CASE NO. 3:11-mj 70467-LB

Dated: October 4, 2011

By: /s/
GALIA A. PHILLIPS
Attorney for Defendant
~~HUAMIN WU MEI~~ Anji Reddy Dirisanala

Dated: October 4, 2011

By: /s/
HARTLEY WEST
Assistant United States Attorney

## II. ORDER

GOOD CAUSE APPPEARING, the defendant's conditions of release are modified as follows: Defendant Anji Dirisanala may not travel outside the Northern District of California except from October 5, 2011 to October 6, 2011 when he may travel to the Eastern District of California.

In all other respects, this Court's previous order setting conditions of release remains in full force and effect.

IT IS SO ORDERED.

Dated: OCT 4 2011

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

1
STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
CASE NO. 3:11-mj 70467-LB

495929.01

## DECLARATION OF SERVICE
### Re: United States v. Anji Dirisanala, 11-MJ-70467 (LB)

I, the undersigned, declare that I am over 18 years of age and not a party to the cause. I am employed in the County of Alameda, State of California. My business address is 1300 Clay Street, Suite 600, Oakland, CA 94612. On October 4, 2011 I have caused to be served a true copy of the attached STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE on each of the following, by placing same in an envelope(s) addressed as follows:

Hartley West
Assistant United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102


Each said envelope was sealed, the postage thereon fully prepaid, and deposited with the United States Postal Service in Oakland, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 3, 2011, at Oakland, California.

*/s/ Galia Phillips*
Galia Phillips
Declarant

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ANJI REDDY DIRISANALA,<br><br>        Defendant._____/ | Case Number: 4:11-mj- 70467 MAG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Galia A. Phillips
1300 Clay Street, Suite 600
Oakland, CA 94612

Hartley West
U.S. Attorneys Office
450 Golden Gate Avenue
San Francisco, CA 94102


Dated: October 4, 2011

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk