AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 11-CR-742 SBA |
| Anji Dinsanala | ) |
| Defendant | ) |

**FILED**
OCT 11 2011
RICHARD W. W...
CLERK, U.S. DISTR...
NORTHERN DISTRICT O...
OAKLAND

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/11/11

_____
Defendant's signature

_____
Signature of defendant's attorney

Galia Phillips
_____
Printed name of defendant's attorney

_____
Judge's signature

**Laurel Beeler**
**United States Magistrate Judge**
_____
Judge's printed name and title