| | |
|---|---|
| **Law Office of Galia Phillips** | 1300 Clay Street, Suite 600<br>Oakland, CA 94611<br>Phone: (510) 596-1700  Fax: (510) 596-1701<br>E-Mail: galia.phillips@gmail.com |

The Honorable Donna Ryu
United States Magistrate Judge
Northern District of California
1301 Clay St., Courtroom 4
Oakland, CA


January 13, 2012


Re:  United States v. Anji Reddy Dirisanala, 11-CR-742


Dear Judge Ryu:

Mr. Dirisanala respectfully requests that the Court set this matter on Tuesday, January 17, 2012 at 9:30 am for a temporary modification of his conditions of release.  Government counsel agrees to this request.  Counsel for Mr. Dirisanala has alerted pre-trial services of the court date.


Regards,

Galia Phillips
Attorney for Anji Dirisanala