GALIA A. PHILLIPS – CA BAR #250551
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (415) 269-4553
Facsimile: (510) 464-8001

Attorney for Defendant
ANJI DIRISANALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>VISHAL DASA,<br>RAMAKRISHNA REDDY KARRA<br>TUSHAR TAMBE<br>ANJI REDDY DIRISANALA,<br><br>                Defendants. | Case No. 11-CR-742- (SBA)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE TO MAY 1, 2012 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Hearing Date: March 6, 2012<br>Time:           10:00 am |

### I. STIPULATION

The above-captioned matter is set on March 6, 2012 before this Court for a status hearing. The parties jointly request that the Court continue the matter to May 1, 2012, at 10:00 a.m., before this Honorable Court, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between March 6, 2012 and May 1, 2012, so that the defense can have additional time to review and assess the voluminous discovery in this case, including supplemental discovery that the government plans to produce.

On October 7, 2011, the United States Attorney filed a one-count Information charging

1

1  defendants with conspiracy to commit visa fraud in violation of 18 U.S.C. §§ 371 and 1546(a).
2  On October 11, 2011, the defendants appeared before the magistrate court, waived Indictment
3  and were arraigned. Defendants face a maximum sentence of five years imprisonment on this
4  charge.
5  　　　By way of background, this case is related to a larger investigation involving Tri-Valley
6  University ("TVU"), which the government has alleged was a sham university that accepted
7  foreign students and issued legal status for these students without requiring that they attend
8  classes.  *See* Indictment in *United States v. Susan Su*, CR 11-00288-SBA.
9  　　　The four defendants charged in this related case request additional time to review the
10  discovery that the government has already produced, which includes voluminous files from TVU
11  computers that the government seized and that the defendants need to review.  Additionally, the
12  defense has requested that the government produce additional discovery relating to the broader
13  investigation in this case, and the government has agreed to produce this discovery to defense
14  counsel and needs additional time to gather the information.  Finally, both government counsel
15  are preparing for trials beginning March 26, 2010, and are currently unavailable.  For these
16  reasons, the parties agree that the case should be continued until May 1, 2012.
17  　　　The parties stipulate and agree that the ends of justice served by this continuance
18  outweigh the best interest of the public and the defendants in a speedy trial.  The parties further
19  agree that the failure to grant this continuance would unreasonably deny counsel for defendants
20  the reasonable time necessary for effective preparation, taking into account the exercise of due
21  diligence, and deny continuity of counsel.  Accordingly, the parties agree that the period of time
22  from March 6, 2012 until May 1, 2012, should be excluded in accordance with the provisions of
23  the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of
24  defense counsel and continuity of counsel, taking into account the exercise of due diligence.
25  　　　It is so stipulated.
26  Dated:  February 29, 2012                          By: /s/
                                                     ANGELA HANSEN
27                                                    Attorney for Defendant
                                                     VISHAL DASA
28

Dated: February 29, 2012          By: /s/
                                  GINNY WALIA
                                  Attorney for Defendant
                                  RAMAKRISHNA REDDY KARRA

Dated: February 29, 2012          By: /s/
                                  KENNETH MCGUIRE
                                  Attorney for Defendant
                                  TUSHAR TAMBE

Dated: February 29, 2012

                                  By: /s/
                                      GALIA A. PHILLIPS
                                      Attorney for Defendant
                                      ANJI DIRISANALA

Dated: February 29, 2012

                                  By: /s/
                                      WADE RHYNE
                                      HARTLEY WEST
                                      Assistant United States Attorneys

## II.     ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that this case is related to a larger investigation involving Tri-Valley University and the Indictment in *United States v. Susan Su*, CR 11-00288-SBA, and that the government produced discovery to defendants that includes voluminous computer files from the University that the defense needs to review;

2. Given that the defense has requested additional discovery and that the government is working to produce this discovery to the defense;

3. Given that a complete review of the discovery is necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that counsel for the government is in trial and a continuance is necessary for continuity of counsel;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of March 6, 2012, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for May 1, 2012, at 10:00 a.m.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from March 6, 2012 until May 1, 2012.

IT IS SO ORDERED.

Dated:_____      _____
                                SANDRA BROWN AMRSTRONG
                                UNITED STATES DISTRICT JUDGE

495929.01