1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | HARTLEY M.K. WEST (CABN 191609)
WADE M. RHYNE (CABN 216799)

5 | Assistant United States Attorneys

6 | 1301 Clay Street, Suite 340S
Oakland, CA 94612

7 | Telephone: (510) 637-3680
Fax: (510) 637-3724

8 | E-Mail:    hartley.west@usdoj.gov
            wade.rhyne@usdoj.gov

9

| Attorneys for Plaintiff

10

**FILED**

MAY 3 1 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | OAKLAND DIVISION

14 | UNITED STATES OF AMERICA,                )    No. CR-11-00742 SBA
                                               )
15 |         Plaintiff,                        )    STIPULATED REQUEST TO SET
                                               )    HEARING DATE ON JULY 12, 2012 AND
16 |    v.                                     )    TO EXCLUDE TIME UNDER THE
                                               )    SPEEDY TRIAL ACT
17 | VISHAL DASA,                              )
      ANJI REDDY DIRISANALA,                   )    Date:      July 12, 2012
18 | TAMAKRISHNA REDDY KARRA, and             )    Time:      9:30 a.m.
      TUSHAR TAMBE,                            )    Court:     Hon. Donna M. Ryu
19 |                                           )
              Defendants.                      )
20 |                                           )
                                               )
21 | _____  )

22 |         The above-captioned matter was previously scheduled on May 1, 2012 before the Hon.

23 | Saundra Brown Armstrong for status.  Pursuant to Judge Armstrong's April 30, 2012 order,

24 | directing all parties to reschedule matters before the Magistrate Judges, the parties jointly request

25 | that the Court re-schedule the matter for July 12, 2012 at 9:30 a.m. before this Court for status

26 | and that the Court exclude time under the Speedy Trial Act between the date of this order and

27 | July 12, 2012.

28

STIP. REQ. AND [PROPOSED] ORDER TO SET
HEARING ON JULY 12, 2012 AND TO EXCLUDE TIME
No. CR-11-00742 SBA

1    On October 7, 2011, the United States Attorney filed a one-count Information charging

2    the four Defendants with Conspiracy to Commit Visa Fraud in violation of 18 U.S.C. §§ 371,

3    1546(a).  On October 11, 2011, each Defendant waived indictment and entered a not guilty plea.

4    By way of background, this case is related to a larger investigation involving Tri-Valley

5    University (TVU) and its former President, who is charged in a 35-count superseding indictment

6    in United States v. Susan Xiao-Ping Su, CR-11-00288 SBA, arising from her creation and

7    operation of TVU.  That case is set for trial on October 22, 2012.

8    The four Defendants in the current case require additional time to review previously

9    provided discovery, which includes information seized from TVU's computers during search

10   warrants and to confer with government counsel.  Additionally, the United States intends on

11   producing supplemental discovery to each of the four Defendants relating to further investigation

12   of this case.  A thorough review of the electronic evidence seized from TVU is necessary to

13   accurately calculate the Sentencing Guidelines for each of the four Defendants.  Against this

14   backdrop, the parties require additional time to review discovery and to confer regarding an

15   anticipated joint negotiated disposition.

16   On that basis, the parties jointly request that the matter be placed before this Court for

17   status on July 12, 2012 at 9:30 a.m. and that the Court exclude time under the Speedy Trial Act

18   between the date of this order and July 12, 2012.  The parties agree that the extension is not

19   sought for delay.  The parties further agree the ends of justice served by granting the continuance

20   outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, the

21   parties further stipulate and request that the Court exclude time between the date of this order and

22   ////

23   ////

24   ////

25   ////

26   ////

27   ////

28   ////

STIP. REQ. AND [PROPOSED] ORDER TO SET
HEARING ON JULY 12, 2012 AND TO EXCLUDE TIME
No. CR-11-00742 SBA                    -2-

1  July 12, 2012 under the Speedy Trial Act for effective preparation of defense counsel and

2  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

3  DATED:  May 21, 2012

4

5          /s/
   HARTLEY M.K. WEST
6  WADE M. RHYNE
   Assistant United States Attorneys
7  Counsel for United States

8          /s/
9  KENNETH MCGUIRE
   Counsel for Tushar Tambe

10

11         /s/
   GINNY H.K. WALIA
12  Counsel for Ramakrishna Reddy Karra

13

14         /s/
   GALIA AMRAM PHILLIPS
15  Counsel for Anji Reddy Dirisanala

16

17         /s/
   ANGELA HANSEN
18  Assistant Federal Public Defender
   Counsel for Vishal Dasa

19

20

21

22

23

24

25

26

27

28

STIP. REQ. AND [PROPOSED] ORDER TO SET
HEARING ON JULY 12, 2012 AND TO EXCLUDE TIME
No. CR-11-00742 SBA                    -3-

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,          )   No. CR-11-00742 SBA
                                        )
12 |        Plaintiff,                  )   [PROPOSED] ORDER GRANTING
                                        )   STIPULATED REQUEST TO SET
13 |   v.                               )   HEARING DATE ON JULY 12, 2012 AND
                                        )   TO EXCLUDE TIME UNDER THE
14 | VISHAL DASA,                       )   SPEEDY TRIAL ACT
     ANJI REDDY DIRISANALA,             )
15 | TAMAKRISHNA REDDY KARRA, and       )   Date:      July 12, 2012
     TUSHAR TAMBE,                      )   Time:      9:30 a.m.
16 |                                    )   Court:     Hon. Donna M. Ryu
            Defendants.                 )
17                                      )
                                        )
18 | _____)

19         The above-captioned matter was previously scheduled on May 1, 2012 before the Hon.

20 Saundra Brown Armstrong for status. Pursuant to Judge Armstrong's April 30, 2012 order,

21 directing all parties to reschedule matters before the Magistrate Judges, the parties jointly

22 requested that the Court re-schedule the matter for July 12, 2012 at 9:30 a.m. before this Court

23 for status and that the Court exclude time under the Speedy Trial Act between the date of this

24 order and July 12, 2012.

25         On October 7, 2011, the United States Attorney filed a one-count Information charging

26 the four Defendants with Conspiracy to Commit Visa Fraud in violation of 18 U.S.C. §§ 371,

27 1546(a). On October 11, 2011, each Defendant waived indictment and entered a not guilty plea.

28

STIP. REQ. AND [PROPOSED] ORDER TO SET
HEARING ON JULY 12, 2012 AND TO EXCLUDE TIME
No. CR-11-00742 SBA                    -4-

1    This case is related to a larger investigation involving Tri-Valley University (TVU) and

2    its former President, who is charged in a 35-count superseding indictment in United States v.

3    Susan Xiao-Ping Su, CR-11-00288 SBA, arising from her creation and operation of TVU. That

4    case is set for trial on October 22, 2012.

5         The four Defendants in the current case each indicate that they need additional time to

6    review previously provided discovery, which includes information seized from TVU's computers

7    during search warrants. Additionally, the United States indicates that it intends on producing

8    supplemental discovery to each of the four Defendants relating to further investigation of this

9    case. According to the parties, a thorough review of the electronic evidence seized from TVU is

10   necessary to accurately calculate the Sentencing Guidelines for each of the four Defendants.

11   Therefore, the parties require additional time to review discovery and to confer regarding an

12   anticipated joint negotiated disposition. The parties agree that the extension is not sought for

13   delay and that the ends of justice served by granting the continuance outweigh the best interests

14   of the public and the defendant in a speedy trial.

15        For these stated reasons, the Court finds that the ends of justice served by granting the

16   continuance outweigh the best interests of the public and the defendant in a speedy trial. Good

17   cause appearing therefore, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), **IT IS**

18   **HEREBY ORDERED** that the hearing in this matter is continued from today's date to July 12,

19   2012 at 9:30 a.m. for status and that time between today and July 12, 2012 is excluded under the

20   Speedy Trial Act to allow for the effective preparation of defense counsel, taking into account the

21   exercise of due diligence.

22

23

24   DATED: 5/29/12

25                                                    HON. DONNA M. RYU
                                                      United States Magistrate Judge

26

27

28