GALIA A. PHILLIPS – CA BAR #250551
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 596-1700
Facsimile: (510) 596-1701

Attorney for Defendant
ANJI DIRISANALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>ANJI REDDY DIRISANALA,<br><br>                    Defendant. | Case No. 11-CR-742-SBA (DMR)<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |

## I.  STIPULATION

Mr. Dirisanala would like to travel to Colorado from October 12, 2012 to October 15, 2012. Pre-trial services officer Amaryllis Gonzalez has been informed of this request and does not object. The parties therefore agree that the bond conditions for Dirisanala should be modified as follows: Defendant Anji Dirisanala may not travel outside the Northern District of California except from October 12, 2012 to October 15, 2012 when he may travel to the District of Colorado. Mr. Dirisanala is ordered to provide a copy of his hotel and flight itinerary to his pre-trial services officer and to the government.

It is so stipulated.

Dated: September 25, 2012

By: */s/*
GALIA A. PHILLIPS
Attorney for Defendant
ANJI DIRISANALA

Dated: September 25, 2012

By: */s/*
HARTLEY WEST
Assistant United States Attorney

## II. ORDER

GOOD CAUSE APPPEARING, the defendant's conditions of release are modified as follows: Defendant Anji Dirisanala may not travel outside the Northern District of California except from October 12, 2012 to October 15, 2012 when he may travel to the District of Colorado. Mr. Dirisanala is ordered to provide a copy of his hotel and flight itinerary to his pre-trial services officer and to the government.

In all other respects, this Court's previous order of April 29, 2011 setting conditions of release remains in full force and effect.

IT IS SO ORDERED.

Dated: 9/27/2012

DONNA RYU
UNITED STATES MAGISTRATE JUDGE