GALIA A. PHILLIPS - #250551
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 596-1700
Facsimile:  (510) 596-1701

Attorney for Defendant
ANJI DIRISANALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. 11-cr 742-SBA (KW) |
|---|---|
| Plaintiff, | **EX PARTE NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD; DECLARATION IN SUPPORT; [PROPOSED] ORDER** |
| v. | |
| ANJI DIRISANALA, | |
| Defendant. | Date:  January 4, 2013<br>Time:  9:30 am<br>Judge: Honorable Kandis Westmore |

**NOTICE OF MOTION TO WITHDRAW**

TO MELINDA HAAG, UNITED STATES ATTORNEY FOR THE NOTHERN DISTRICT OF CALIFORNIA, AND TO WADE RHYNE AND HARTLEY WEST, ASSISTANT UNITED STATES ATTORNEYS:

NOTICE IS HEREBY GIVEN that on January 4, 2013 at 9:30 a.m., or as soon as this motion may be heard, Galia Phillips will move to withdraw as attorney of record for Defendant Anji Dirisanala.

This motion is based upon the, the Declaration of Galia A. Phillips and such other matters as may be adduced at the hearing of this cause.

I. **DECLARATION OF GALIA AMRAM PHILLIPS IN SUPPORT OF MOTION TO WITHDRAW**

I, Galia Amram Phillips, declare and state that:

1. I am an attorney at law duly admitted to practice in the State of California and admitted to the bar of this Court. I represent defendant Anji Dirisalana in the above-captioned matter. Unless otherwise noted, I make this declaration based on my own personal knowledge. With respect to those matters not personally known to me I make this declaration upon information and belief.

2. By an Information filed on October 7, 2011, Anji Dirisanala is charged with one count of conspiracy to commit visa fraud in violation of 18 U.S.C. §§ 371 and 1546(a). He faces a maximum sentence of five years in prison.

3. I am asking to withdraw as counsel of record for Mr. Dirisanala as I have accepted a job at Stanford University Law School.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 2, 2013 in Oakland, California.

                 /s/ Galia Amram Phillips
                 GALIA A. PHILLIPS

## II. [PROPOSED] ORDER

A hearing was held on the motion on 1/4/13.

For good cause shown, IT IS ORDERED that Galia Amram Phillips is permitted to withdraw as attorney of record. Martha Boersch appeared and accepted appointment as defense counsel in this case.

Dated: 1/4/13

_____
HONORABLE KANDIS WESTMORE
UNITED STATES DISTRICT JUDGE