Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 217-3700

Attorney for Defendant
ANJI DIRISINALA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. CR 11-000742-SBA |
|---|---|
| Plaintiff, | STIPULATION RE TRAVEL |
| v. | |
| ANJI DIRISINALA, | |
| Defendant. | |

The Defendant, Anji Dirisinala, and the United States, through undersigned counsel, hereby agree and stipulate that the defendant may travel to Pittsburg, Pennsylvania and New York, New York, on July 3 through July 8, 2013.  Counsel for the government has no objection to this travel request, and Pretrial Services has no objection to this request provided that defendant provide a copy of his itinerary and hotel booking.

Dated: June 20, 2013                    Respectfully submitted,

                                        /s / *Martha Boersch*
                                        MARTHA BOERSCH


Dated:  June 20, 2013                   /s / *Wade Rhyne*
                                        WADE RHYNE

1       STIPULATION AND [PROPOSED] ORDER TO
        ALLOW DEFENDANT TRAVEL
        Case No. CR 11-000742

**ORDER**

Based on the stipulation of the parties, it is hereby ordered that Defendant Anji Dirisinala may travel to Pittsburg, Pennsylvania and New York, New York, from July 3 to July 8, 2013.

Dated: _____                    _____
                                            Hon. Donna M. Ryu
                                            UNITED STATES MAGISTRATE JUDGE