Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 217-3700

Attorney for Defendant
ANJI DIRISINALA

FILED
JUN 2 4 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> ANJI DIRISINALA, <br><br> Defendant. | Case No. CR 11-000742-SBA <br><br> STIPULATION RE TRAVEL |

The Defendant, Anji Dirisinala, and the United States, through undersigned counsel, hereby agree and stipulate that the defendant may travel to Pittsburg, Pennsylvania and New York, New York, on July 3 through July 8, 2013. Counsel for the government has no objection to this travel request, and Pretrial Services has no objection to this request provided that defendant provide a copy of his itinerary and hotel booking.

Dated: June 20, 2013              Respectfully submitted,

                                  /s / *Martha Boersch*
                                  MARTHA BOERSCH


Dated: June 20, 2013              /s / *Wade Rhyne*
                                  WADE RHYNE

                                  1    STIPULATION AND [PROPOSED] ORDER TO
                                       ALLOW DEFENDANT TRAVEL
                                       Case No. CR 11-000742

## ORDER

Based on the stipulation of the parties, it is hereby ordered that Defendant Anji Dirisinala may travel to Pittsburg, Pennsylvania and New York, New York, from July 3 to July 8, 2013. *Dirisinala must provide an itinerary and contact information to pretrial services before departure*

Dated: 6/24/13

Hon. Donna M. Ryu
UNITED STATES MAGISTRATE JUDGE